UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 12-11795

| | |
|---|---|
| DANIEL C. BRIGGS,<br>    Plaintiff,<br><br>v.<br><br>BOAT/U.S., INC. and SOCIETY OF ACCREDITED MARINE SURVEYORS, INC.,<br>    Defendants. | DEFENDANT, BOAT/U.S., INC'S, MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56 |

The Defendant, Boat/U.S., Inc. (hereinafter "BoatU.S."), hereby moves for Summary Judgment pursuant to Fed. R. Civ. P. 56 as to all counts brought against it by the plaintiff, Daniel C. Briggs ("Briggs"), in his Second Amended Complaint dated February 19, 2013 (D. 54), namely Counts Two, Three, Four and Five against BoatU.S., as follows: Second Claim for Relief (Defamation – Libel/Slander); Third Claim for Relief (Interference with Prospective Business Relationships); Fourth Claim for Relief (Unfair and Deceptive Trade Practices – Chapter 93A, § 11 et al.); and Fifth Claim for Relief (Civil Conspiracy).

As grounds therefore, BoatU.S. states that it is entitled to summary judgment as there is no genuine dispute as to any material fact and that it is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(a). The depositions, documents, electronically stored information, affidavits or declarations, stipulations (including those made for purposes of the motion only), admissions, interrogatory answers, or other materials in this case establish the absence of a genuine dispute of material fact, and further that Briggs cannot produce admissible evidence to support the facts that he claims. Fed. R. Civ. P. 56(c).

In particular, the claims against BoatU.S. must be dismissed for the reasons set forth in BoatU.S.'s Memorandum of Law, including the following: (1) that there is no evidence of any false statement of fact made by BoatU.S., (2) where any statements of BoatU.S. were subject to conditional privilege, and (3) where there is no evidence of malice, conspiracy, or other improper conduct or motive on the part of BoatU.S. BoatU.S. submits its Memorandum of Law in support of this motion, the contents of which are incorporated by reference.

WHEREFORE, the defendant BoatU.S. respectfully requests that this Court ALLOW its Motion for Summary Judgment and DISMISS with prejudice all Counts against it in the plaintiff's Second Amended Complaint (D. 54), namely Counts Two, Three, Four, and Five, as well as enter any other relief deemed just and proper.

## REQUEST FOR ORAL ARGUMENT

Defendant BoatU.S. hereby requests a hearing to be held relative to the instant Motion for Summary Judgment.

Respectfully submitted,
The defendant,
Boat/U.S., Inc.,
By its attorneys,

*/s/ Philip M. Hirshberg*

---

Philip M. Hirshberg, BBO #567234
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500
*phirshberg@morrisonmahoney.com*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Philip M. Hirshberg, counsel for the defendant Boat/U.S., Inc., hereby certify that pursuant to Local Rule 7.1(A)(2) I conferred with plaintiff's counsel, Attorney Matt Ginsburg, on October 9, 2013 by telephone. Despite an attempt in good faith to resolve the issues presented by the within Motion, we were unable to do so.

*/s/ Philip M. Hirshberg*

Philip M. Hirshberg

## CERTIFICATE OF SERVICE

I hereby certify that this document has been electronically filed, and served upon all counsel of record in compliance with the Fed. R. Civ. P. this 25th day of October, 2013.

*/s/ Philip M. Hirshberg*

Philip M. Hirshberg