UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL C. BRIGGS,<br>    Plaintiff,<br><br>v.<br><br>BOAT/U.S., INC. and SOCIETY OF<br>ACCREDITED MARINE SURVEYORS, INC.,<br>    Defendants. | DOCKET NO: 12-11795 |

## AFFIDAVIT OF BRUCE SPAHR

I, Bruce Spahr, do hereby make the following affidavit upon personal knowledge:

1. I am over the age of 18 and competent to make this affidavit.

2. I am employed by Boat/U.S., Inc. ("Boat/U.S.") as a Manager of Underwriting.

3. On or about April 30, 2012, I received a voicemail message from a person I understood to be Daniel Briggs.

4. To the best of my knowledge and belief, the attached transcript is a true and accurate transcription of the voicemail message left by Mr. Briggs on or about April 30, 2012.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 10th DAY OF OCTOBER, 2012.

_____
Bruce Spahr

```
                                                              1


                                        Pages 1 to 5
                  UNITED STATES DISTRICT COURT
                            FOR THE
                    DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -x
                                :
DANIEL C. BRIGGS,               :
          Plaintiff,            :
                                :
     vs.                        :   CASE NO.
                                :   1:12-cv-11795-
BOAT/U.S., INC. and SOCIETY     :   DJC
OF ACCREDITED MARINE            :
SURVEYORS, INC.,                :
          Defendants.           :
- - - - - - - - - - - - - - - -x




     RECORDED TELEPHONE MESSAGE LEFT BY DANIEL BRIGGS
               FOR BRUCE SPAHR ON 4/30/12








(Transcription of recording by Laura E. Antoniotti,
RPR)
```

                                                                 2

1    MR. BRIGGS: Yes, this is Daniel Briggs, a
2    marine surveyor in Massachusetts, and I have a
3    client, Ron Hirschberg, that's trying to get
4    insurance from you. I think the number is -- his
5    number is ▮▮▮▮▮▮ and he's been speaking with
6    Cheryl.
7         Now I went to the boat. Also understand
8    I've been doing this with you guys since 1992 and
9    you've accepted probably at least a thousand of my
10   surveys. Every once in a while, I get a glitch when
11   something is unusual.
12        The boat was not accessible in the shed.
13   It's a Sabre 42. Now I had done a survey on that
14   boat back in '05. I told him I did the bottom and
15   the rig and talked to the yard, and they're going to
16   get it out in a few days so I can finish the survey,
17   but I told him to send what he already had plus my
18   updated rig and bottom survey, maybe ask for port
19   risk until we can get this finished. It's not his
20   fault, nor mine, that we can't get on the boat.
21        So he did that. The underwriter had called
22   me once and has not returned my calls for a few
23   days. And what's happened? They've said they won't
24   accept the survey. Well, they should damn well know

3

1   that it's not done yet.
2          But the boat is very much like it was when
3   it was surveyed and what you have in front of you to
4   get started, and you could have at least thought
5   about port risk so we can get the damn survey done.
6          I know it's a timing thing, but then you
7   send him a list of surveyors because you wouldn't
8   accept me, which is friggin' anti-trust.
9          And you do this to me about every four or
10  five years and it makes my blood boil.  Rather than
11  talking to me about it, you screw around with the
12  customer who doesn't know the business.
13         Now the boat is a beautiful boat.  It's a
14  good insurance risk.  Nobody bothered to find out
15  about it from me.  Like I say, I've been doing it
16  with you guys since the early 1990s.  I have an
17  excellent reputation and, you know, this is just
18  bullshit.
19         So if you want to -- the boat is not in the
20  water because they can't get it out because nobody
21  can get on it.  It's been siting in the shed for
22  over a year and is just inaccessible.  In a week or
23  two it will be accessible.  But you've got him all
24  wound up.  You've got him thinking that something

4

1  has changed since the last time I saw the boat. You
2  won't accept my work, and you have no right to do
3  that, absolutely no right to do it.
4          I know your underwriters are not the most
5  experienced people in the world, but they should at
6  least learn to think and talk and communicate with
7  the people that are involved in the deal. I go
8  through this every few years with you guys.
9          You know, it's wonderful when you have
10 everything set but, you know, it's -- the yacht
11 world is complicated. But anyways, you've heard
12 enough from me. I just don't like it when you pull
13 this crap.
14         Daniel Briggs, marine surveyor,
15 508-███████. I would appreciate a call back. I
16 would appreciate you looking into this matter
17 because it doesn't give you any -- doesn't help you
18 guys any either because I do try to recommend you.
19         But when you pull this crap, it makes me
20 want to send them to friggin' Allstate or
21 Progressive, which is not a good deal either, but
22 just find out what's going on and let me know.
23 Thank you.
24         (End of recording)

5

1         C E R T I F I C A T E

2         I, Laura E. Antoniotti, Registered

3    Professional Reporter, do hereby certify that the

4    foregoing transcript is a true and accurate

5    transcription to the best of my ability of the audio

6    recording provided to me by Donna M. Cruz, Looney &

7    Grossman, LLP.

8

9                        *Laura E. Antoniotti* (signature)

10                       Laura E. Antoniotti

11                       Registered Professional Reporter

D I S C L A I M E R

This transcript in any format is a confidential communication between Doris O. Wong Associates, Inc., a professional court reporting firm, and the parties to this matter and their counsel. Any reproduction or distribution of this transcript without the express permission of the parties is a violation of this confidentiality. To fulfill any request to the court reporter for an additional copy or copies from persons or entities without standing in this matter will require the consent of the parties and/or counsel and/or a court order for such delivery.