UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DANIEL C. BRIGGS,<br>        Plaintiff,<br><br>        v.<br><br>BOAT/U.S., INC. and SOCIETY OF<br>ACCREDITED MARINE SURVEYORS, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 12-11795 -DJC |

## VERDICT

We, the jury, find:

**Count I:**

Did Plaintiff Daniel Briggs prove by a preponderance of the evidence that Defendant Society of Accredited Marine Surveyors violated his right to due process/fair procedure?

Yes ✓      No ___

**Count II:**

Did Plaintiff Daniel Briggs prove by a preponderance of the evidence that Defendant Boat/U.S defamed him?

Yes ✓      No ___

**Count III:**

Did Plaintiff Daniel Briggs prove by a preponderance of the evidence that Defendant Boat/U.S. interfered with his prospective business relationships?

Yes ✓      No ___



## Count IV:

1. Did Plaintiff Daniel Briggs prove by a preponderance of the evidence that Defendant Boat/U.S. engaged in unfair or deceptive business practices in violation of Mass. Gen. L. c. 93A?

   Yes √    No ___

   1a. If you answered yes to Question 1 above, then answer Question 1a:

   Do you find that Plaintiff Daniel Briggs has proven, by a preponderance of the evidence, that Defendant Boat/U.S. knowingly or willfully engaged in unfair or deceptive business practices in violation of Mass. Gen. L. c. 93A?

   Yes √    No ___

2. Did Plaintiff Daniel Briggs prove by a preponderance of the evidence that Defendant Society of Accredited Marine Surveyors engaged in unfair or deceptive business practices in violation of Mass. Gen. L. c. 93A?

   Yes √    No ___

   2a. If you answered yes to Question 2 above, then answer Question 2a:

   Do you find that Plaintiff Daniel Briggs has proven, by a preponderance of the evidence, that Defendant Society of Accredited Marine Surveyors knowingly or willfully engaged in unfair or deceptive business practices in violation of Mass. Gen. L. c. 93A?

   Yes √    No ___

## Damages:

1. If you found for Plaintiff Daniel Briggs on any of his claims against Defendant Boat/U.S., what, if any, damages do you award to Plaintiff against Defendant Boat/U.S.?

   $ 216,667 _____ (amount in figures)

   two-hundred-sixteen-thousand, Six-hundred sixty-seven
   _____(amount in words)

1a.  If you awarded any damages to Plaintiff Daniel Briggs against Defendant Boat/U.S. above and you found for Plaintiff Daniel Briggs on his c. 93A claim against Defendant Boat/U.S., what, if any, part of this award was attributable to the c. 93A claim?

$ _150,000_ (amount in figures)

_one-hundred-fifty-thousand_ (amount in words)

1b.  If you found that Defendant Boat/U.S. knowingly or willfully engaged in unfair or deceptive business practices in violation of Mass. Gen. L. c. 93A, do you determine that the damages attributable to its 93A violation should be (check one below):

_✓_ Doubled; or

____ Trebled?

2.    If you found for Plaintiff Daniel Briggs on any of his claims against Defendant Society of Accredited Marine Surveyors, what, if any, damages do you award to Plaintiff against Defendant ~~Boat/U.S.~~? _SAMS_

$ _433,333_ (amount in figures)

_four-hundred-thirty-three-thousand, three-hundred-thirty-three_ (amount in words)

2a.  If you awarded any damages to Plaintiff Daniel Briggs against Defendant Society of Accredited Marine Surveyors above and you found for Plaintiff Daniel Briggs on his c. 93A claim against Defendant ~~Boat/U.S.~~, _SAMS_ what, if any, part of this award was attributable to the c. 93A claim?

$ _300,000_ (amount in figures)

_three-hundred-thousand_ (amount in words)

2b.  If you found that Defendant Society of Accredited Marine Surveyors knowingly or willfully engaged in unfair or deceptive business practices in violation of Mass. Gen. L. c. 93A, do you determine that the damages attributable to its 93A violation should be (check one below):

_✓_ Doubled; or

____ Trebled?

_05/27/2015_
DATE

_Joshua Keller_
FOREPERSON'S SIGNATURE